DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TINA IZARD BOIS** n/k/a **TINA IZARD,**
Appellant,

v.

**PHILIPPE BOIS,**
Appellee.

No. 4D22-348

[December 7, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2016-DR-009111-XXXX-NB.

John D. Boykin of John D. Boykin, P.A., North Palm Beach, for appellant.

Matthew S. Nugent and Adam M. Zborowski of Nugent Zborowski, North Palm Beach, for appellee.

CONNER, J.

Appellant challenges two portions of the trial court's order on appeal. We dismiss as to appellant's argument that the trial court erred in granting appellee's motion for attorney's fees pursuant to section 57.105, Florida Statutes (2020). Because the trial court's order determined only entitlement to attorney's fees, that portion of the order is nonfinal and nonappealable. *See Johnson Tr. of Krej Irrevocable Tr. No. 7 v. Cliché Piano Bar & Pool Lounge, LLC*, 290 So. 3d 158, 159 (Fla. 2d DCA 2020) (applying this rule to attorney's fees pursuant to section 57.105). We affirm appellant's remaining issue without discussion.

*Dismissed in part, affirmed in part.*

WARNER and DAMOORGIAN, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***